| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Richard J. Tracy, Esq. (ID. #079152013)<br>SCHILLER, KNAPP,<br>LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, M&T Bank |

**Order Filed on March 27, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Stephanie L. McGurney,

              Debtor.

Case No.:   18-31535-JNP

Judge:   Hon. Jerrold N. Poslusny

Chapter:   13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

**The relief set forth on the following pages, numbered two (2) is hereby ORDERED.**

**DATED: March 27, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID. #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, M&T Bank

In Re:

Stephanie L. McGurney,

Debtor.

Case No.:   18-31535-JNP

Judge:   Hon. Jerrold N. Poslusny

Chapter:   13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

WHEREAS, M&T Bank (hereinafter "Creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the Creditor and debtors hereby agree as follows:

1. Creditor shall amend its Proof of Claim to reflect a full debt claim.

2. The debtor shall pay ongoing taxes and insurance costs relating to the subject property to Creditor.

Richard J. Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, NJ 07302

Date: 3/27, 2019

Thomas Egner, Esq.
Attorney for Debtor
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

Date: March 26, 2019