DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID. #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, M&T Bank

In Re:

    Stephanie L. McGurney,

                  Debtor.

Order Filed on March 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-31535-JNP

Judge:   Hon. Jerrold N. Poslusny

Chapter:   13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

**The relief set forth on the following pages, numbered two (2) is hereby ORDERED.**

**DATED: March 27, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID. #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, M&T Bank

In Re:

Stephanie L. McGurney,

Debtor.

Case No.: 18-31535-JNP

Judge: Hon. Jerrold N. Poslusny

Chapter: 13

## CONSENT ORDER RESOLVING
## MOTION FOR RELIEF FROM STAY

WHEREAS, M&T Bank (hereinafter "Creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the Creditor and debtors hereby agree as follows:

1. Creditor shall amend its Proof of Claim to reflect a full debt claim.

2. The debtor shall pay ongoing taxes and insurance costs relating to the subject property to Creditor.

Richard J. Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, NJ 07302

Date: 3/27, 2019

Thomas Egner, Esq.
Attorney for Debtor
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

Date: March 26, 2019

United States Bankruptcy Court
District of New Jersey

In re:  
Stephanie L. McGurney  
      Debtor

Case No. 18-31535-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Mar 27, 2019  
                       Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db        +Stephanie L. McGurney,   48 S. Terrace Ave.,   Maple Shade, NJ 08052-3233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
        Richard James Tracy, III    on behalf of Creditor    M&T BANK rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
        Thomas G. Egner    on behalf of Debtor Stephanie L. McGurney tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 6