Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−31535−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie L. McGurney
   aka Stephanie McGurney
   48 S. Terrace Ave.
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−4910

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           October 5, 2021
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**75** − Certification in Opposition to Certification of Default (related document:74 Creditor's Certification of Default (related document:37 Certificate of Consent filed by Creditor M&T BANK) filed by Richard Gerbino on behalf of M&T BANK. Objection deadline is 09/21/2021. (Attachments: # 1 Certification of post−petition payment history # 2 proposed order # 3 Certificate of Service) filed by Creditor M&T BANK) filed by Thomas G. Egner on behalf of Stephanie L. McGurney. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: September 10, 2021
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk