UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Schiller, Knapp, Lefkowitz & Hertzel, LLP
716 Newman Springs Road Suite 372
Lincroft, NJ 07738
(551) 280-9780
Richard A. Gerbino, Esq. (ID #057351993)
Attorneys for Creditor M&T Bank

In Re:

STEPHANIE L. MCGURNEY AKA

STEPHANIE MCGURNEY,

    Debtor.

Case No.: 18-31535-jnp

Adv. No.:

Chapter: 13

Hearing Date: 11/09/2021

Judge: JERROLD N. POSLUSNY, JR.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Richard A. Gerbino,

   ☒ am the attorney for: M&T Bank

   ☐ am self-represented

   Phone number: (551) 280-9780

   Email address: rgerbino@schillerknapp.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certificate of Default

   Current hearing date and time: November 09, 2021

   New date requested: December 07, 2021

   Reason for adjournment request: The parties are attempting to resolve.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   X I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: November 5, 2021                     */s/ Richard Gerbino*
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 12/7/2021 at 11am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*