|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>716 Newman Springs Road Suite 372<br>Lincroft, NJ 07738<br>(551) 280-9780<br>Richard A. Gerbino, Esq. (ID #057351993)<br>Attorneys for Creditor M&T Bank | |
| In Re:<br><br>STEPHANIE L. MCGURNEY AKA<br><br>STEPHANIE MCGURNEY,<br><br>    Debtor. | Case No.: 18-31535-jnp<br><br>Adv. No.:<br><br>Chapter: 13<br><br>Hearing Date: February 1, 2022<br><br>Judge: JERROLD N. POSLUSNY, JR. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Richard A. Gerbino,

   ☒ am the attorney for: M&T Bank

   ☐ am self-represented

   Phone number: (551) 280-9780

   Email address: rgerbino@schillerknapp.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default.

   Current hearing date and time: February 1, 2022

   New date requested: February 15, 2022

   Reason for adjournment request: The parties are attempting to resolve.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   X I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: January 27, 2022                    */s/ Richard Gerbino*
                                           Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

X☐ Granted            New hearing date: 2/15/2022 at 11:00am        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*