## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN

Thomas G. Egner, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511

---------------------------------------------------------------X

| In re: | : | Chapter 13 |
|---|---|---|
|  | : |  |
| Stephanie L. McGurney, | : | Case No. 18-31535 |
|  | : |  |
|  | : |  |
|  | : |  |
| **Debtors** | : |  |

---------------------------------------------------------------X

### WITHDRAWAL OF DOCUMENT NO. 75 CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S CERTIFICATION OF DEFAULT FILED ON 9/10/2021

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Stephanie L. McGurney,** hereby withdraw document no. **75**, Chapter 13 Debtor's Certification In Opposition To Creditor's Certification Of Default filed **9/10/2021** in the above referenced matter.


McDowell Law, PC

Dated: February 15, 2022

*By:/s/***Thomas G. Egner**
**Thomas G. Egner,** Esq.
Attorney for the Debtor(s)