Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−31535−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Stephanie L. McGurney
  aka Stephanie McGurney
  48 S. Terrace Ave.
  Maple Shade, NJ 08052

Social Security No.:
  xxx−xx−4910

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/24/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 24, 2022
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Stephanie L. McGurney  
    Debtor

Case No. 18-31535-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 24, 2022      Form ID: 148      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie L. McGurney, 48 S. Terrace Ave., Maple Shade, NJ 08052-3233 |
| 517842365 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517842366 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517844678 | + | John C. McGurney, 48 S. Terrace Ave., Maple Shade, NJ 08052-3233 |
| 517842372 | + | Schiller, Knapp, Lefkowitz & Hertzel LLP, Attn: Philip Aimutis Jr., Esquire, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517842376 | + | Township of Maple Shade, Tax Collector's Office, 200 Stiles Avenue, Maple Shade, NJ 08052-2541 |
| 517842377 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517917350 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2022 20:34:55 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517842359 | + | EDI: CAPITALONE.COM | Feb 25 2022 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517943979 | | EDI: CAPITALONE.COM | Feb 25 2022 01:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517842360 | + | EDI: CITICORP.COM | Feb 25 2022 01:33:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517842361 | + | EDI: CITICORP.COM | Feb 25 2022 01:33:00 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 517842362 | + | EDI: WFNNB.COM | Feb 25 2022 01:33:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517842363 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 20:34:59 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517842364 | + | EDI: DISCOVER.COM | Feb 25 2022 01:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517842367 | + | EDI: IRS.COM | Feb 25 2022 01:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517920449 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 20:35:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517842368 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 148 | Total Noticed: 33 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 517946770 | Email/Text: camanagement@mtb.com | Feb 24 2022 20:32:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| | | Feb 24 2022 20:32:00 | M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240 |
| 517842369 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2022 20:34:58 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517928688 | + EDI: AGFINANCE.COM | Feb 25 2022 01:33:00 | One Main Financial, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 517877303 | + EDI: AGFINANCE.COM | Feb 25 2022 01:33:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517842370 | + EDI: AGFINANCE.COM | Feb 25 2022 01:33:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 517842371 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2022 20:32:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517956771 | EDI: PRA.COM | Feb 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517942683 | EDI: Q3G.COM | Feb 25 2022 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517842373 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 24 2022 20:32:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517847578 | + EDI: RMSC.COM | Feb 25 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517842374 | + EDI: RMSC.COM | Feb 25 2022 01:33:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842375 | + EDI: RMSC.COM | Feb 25 2022 01:33:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517944147 | + EDI: AIS.COM | Feb 25 2022 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor M&T BANK jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Richard Gerbino | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor M&T BANK richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Thomas G. Egner | on behalf of Debtor Stephanie L. McGurney tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9